AO 247 (Rev. 08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the  
Southern District of Alabama

United States of America  
v.  
NICHOLAS PAUL GODSEY

Case No: 13-0001-WS  
USM No:

Date of Original Judgment: October 30, 2013  
Date of Previous Amended Judgment:  
*(Use Date of Last Amended Judgment if Any)*

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:  
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 60 months **is reduced to** 49 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

The Government has indicated that it has no objection to reducing defendant's sentence in this manner. (Doc. 20.)

This amended sentence will continue to run concurrent with the custody sentence imposed in the revocation case bearing Criminal No. 04-0116-WS.

Except as otherwise provided, all provisions of the judgment dated October 30, 2013 shall remain in effect.  
**IT IS SO ORDERED**.

Order Date: March 16, 2015              s/ WILLIAM H. STEELE  
                                        *Judge's signature*

Effective Date: November 1, 2015         CHIEF UNITED STATES DISTRICT JUDGE  
*(if different from order date)*         *Printed name and title*